FILED
2020 DEC 22 AM 10:42
CLERK
U.S. DISTRICT COURT

Stephen M. Sansom (#10678)
Brandon T. Christensen (#16420)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Tel: (801) 799-5897
*smsansom@hollandhart.com*
*btchristensen@hollandhart.com*

Anthony R. Zeuli *(Admitted Pro Hac Vice)*
*tzeuli@merchantgould.com*
Thomas Johnson *(Admitted Pro Hac Vice)*
*tjohnson@merchantgould.com*
MERCHANT GOULD P.C.
2200 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4247
Tel: (612) 332-5300
Fax: (612) 332-9081

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. AND CRYSTAL LAGOONS TECHNOLOGIES INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT COLOR MANAGER LLC, DESERT COLOR ST. GEORGE LLC, AJ CONSTRUCTION, INC., TRI-STATE VENTURES, LLC d/b/a CAREFREE HOMES – UTAH, COLE WEST HOME LLC, HOLMES HOMES, INC., SULLIVAN HOMES LLC, and PACIFIC AQUASCAPE INTERNATIONAL, INC.,<br><br>Defendants. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR TO OTHERWISE PLEAD AND TO FILE OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:20-cv-00851-BSJ<br><br>Judge Bruce S. Jenkins<br><br>**JURY TRIAL DEMANDED** |

The Court, having reviewed the Stipulated Motion for Extension of Time, and for good cause shown,

IT IS HEREBY ORDERED that all Defendants shall have until January 5, 2021, to file an opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 10) and shall have until January 12, 2021, to answer or otherwise respond to Plaintiffs' Complaint (Dkt. No. 2).

Dated this __22__ day of December 2020.

BY THE COURT:

Hon. Bruce S. Jenkins
United States District Court Judge

Approved as to form

HOLLAND & HART LLP

/s/ Stephen M. Sansom
Stephen M. Sansom
Brandon T. Christensen
*Attorneys for Plaintiffs.*

2