Stephen M. Sansom (#10678)
Brandon T. Christensen (#16420)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Tel: (801) 799-5897
*smsansom@hollandhart.com*
*btchristensen@hollandhart.com*

Anthony R. Zeuli *(Admitted Pro Hac Vice)*
Thomas Johnson *(Admitted Pro Hac Vice)*
MERCHANT GOULD P.C.
2200 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4247
Tel: (612) 332-5300
Fax: (612) 332-9081
*tzeuli@merchantgould.com*
*tjohnson@merchantgould.com*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. AND CRYSTAL LAGOONS TECHNOLOGIES INC., <br><br>Plaintiffs, <br><br>vs. <br><br>DESERT COLOR MANAGER LLC, DESERT COLOR ST. GEORGE LLC, AJ CONSTRUCTION, INC., TRI-STATE VENTURES, LLC d/b/a CAREFREE HOMES – UTAH, COLE WEST HOME LLC, HOLMES HOMES, INC., SULLIVAN HOMES LLC, and PACIFIC AQUASCAPE INTERNATIONAL, INC., <br><br>Defendants | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF TRI-STATE VENTURES, LLC d/b/a CAREFREE HOMES-UTAH** <br><br>Case No. 2:20-cv-00851-BSJ <br><br>Judge Bruce S. Jenkins <br><br>**JURY TRIAL DEMANDED** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs through their undersigned attorneys, voluntarily dismisses without prejudice Defendant Tri-State Ventures, LLC d/b/a Carefree Homes – Utah.  Defendant has not served an answer or motion for summary judgment.  Each party shall bear its own costs and fees.


Date:  January 22, 2021  By: */s/ Stephen M. Sansom*
Stephen M. Sansom
Brandon T. Christensen
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Tel: (801) 799-5897

Anthony R. Zeuli *(Admitted Pro Hac Vice)*
Thomas Johnson *(Admitted Pro Hac Vice)*
MERCHANT GOULD P.C.
2200 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4247
Tel: (612) 332-5300
Fax: (612) 332-9081

*Counsel for Plaintiffs*
*Crystal Lagoons US Corp and Crystal Lagoons Technologies, Inc.*