# EXHIBIT 2



# CRYSTAL LAGOONS

| | |
|---|---|
| **Reg. No. 3,881,936** | INMOBILIARIA EL PLOMO LIMITADA (CHILE CORPORATION) |
| **Registered Nov. 30, 2010** | AVDA. KENNEDY NO. 8830<br>COMUNA DE VITACURA<br>CIUDAD DE SANTIAGO, CHILE |
| **Int. Cl.: 42** | |
| **SERVICE MARK**<br>**PRINCIPAL REGISTER** | FOR: ENGINEERING SERVICES FOR THE DESIGN, MAINTENANCE, AND CONSTRUCTION OF WATER TREATMENT, DISTRIBUTION AND PURIFICATION PLANTS FOR SERVED AND CONTAMINATED WATERS, DESIGN FOR OTHERS IN THE FIELD OF INDUSTRIAL MACHINES AND ELECTRONIC CONTROL APPARATUS; CIVIL ENGINEERING FOR THE DESIGN OF STRUCTURES FOR RIVERS IN THE NATURE OF DAMS, WATER UPTAKE STRUCTURES, WATER DISCHARGING STRUCTURES, ARTIFICIAL LAKES AND LAGOONS; LABORATORY ANALYSIS SERVICES IN THE FIELD OF WATER QUALITY, NAMELY, WATER PURITY ANALYSIS, PARTICULATE ANALYSIS, PIGMENT ANALYSIS, COLOR ANALYSIS, BACTERIAL ANALYSIS; CONSULTATION AND PROFESSIONAL INVESTIGATION, NAMELY, SCIENTIFIC STUDY AND RESEARCH IN THE FIELDS OF HYDRAULICS FOR WATER SUPPLY, IN CLASS 42 (U.S. CLS. 100 AND 101). |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF CHILE REG. NO. 861.085, DATED 7-20-2010, EXPIRES 9-23-2019.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LAGOONS", APART FROM THE MARK AS SHOWN.

SER. NO. 76-675,756, FILED 4-18-2007.

AMY ALFIERI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# CRYSTAL LAGOONS

| | |
|---|---|
| **Reg. No. 5,312,449** | Crystal Lagoons (Curacao) B.V. (CURACAO LIMITED LIABILITY COMPANY) <br> 2nd Floor <br> Kaya W.f.g. (jombi) Mensing 14 <br> Willemstad, CURACAO |
| **Registered Oct. 17, 2017** | |
| **Int. Cl.: 1, 11, 37, 40** | CLASS 1: Chemicals for water treatment |
| **Service Mark** | FIRST USE 6-26-2007; IN COMMERCE 6-26-2007 |
| **Trademark** | CLASS 11: Apparatus and machines for purifying water, apparatus for filtering water, drinking water filters, water purification plants, sewage treatment plants, distillation apparatus not for scientific purposes, water sterilizers |
| **Principal Register** | |
| | FIRST USE 6-26-2007; IN COMMERCE 6-26-2007 |

CLASS 37: Installation, maintenance, conservation and repair services of machines intended for treating water used for recreational, industrial or ornamental purposes, excluding apparatus and machines for purifying water, apparatus for filtering water, drinking water filters, water purification plants, sewage treatment plants, distillation apparatus, and water sterilizers; maintenance services, conservation and repair of water treatment plants, artificial lakes, artificial floating man-made lakes, dams and drinking water supplies; building and installation services of water treatment plants, artificial lakes, artificial floating man-made lakes, dams and drinking water supplies; construction, installation, maintenance, conservation and repair services of water treatment systems to maintain water quality of artificial lagoons, artificial floating man-made lakes, dams and drinking water supplies

FIRST USE 6-26-2007; IN COMMERCE 6-26-2007

CLASS 40: Consulting services on water treatment and purification services; consulting services on physical and chemical transformation services of natural water and sewage; consulting services on water infiltration services; consulting services on services of cooling industrial plants by water; consulting services on water desalination service through membranes, distillation, filtrations and other means; consulting services on treatment materials used in the fields of treatment materials processing plants and industrial plants related to conservation, construction and improvement of soil, water plants treatment, dams, drinking water reservoirs, artificial lagoons, artificial floating man-made lagoons; water purification services

FIRST USE 6-26-2007; IN COMMERCE 6-26-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3881936



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

No claim is made to the exclusive right to use the following apart from the mark as shown: "LAGOONS"

SER. NO. 86-982,887, FILED 04-08-2016

Page: 2 of 3 / RN # 5312449

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# CRYSTAL LAGOONS

**Reg. No. 5,454,097**

**Registered Apr. 24, 2018**

**Int. Cl.: 1**

**Trademark**

**Principal Register**

Crystal Lagoons (Curacao) B.V. (CURACAO LIMITED LIABILITY COMPANY)
2nd Floor
Kaya W.f.g. (jombi) Mensing 14
Willemstad, CURACAO

CLASS 1: chemicals to purify water in swimming pools, artificial lakes, artificial floating man-made lagoons, water supplies and dams

FIRST USE 6-26-2007; IN COMMERCE 6-26-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3881936

No claim is made to the exclusive right to use the following apart from the mark as shown: "LAGOONS"

SER. NO. 86-969,922, FILED 04-08-2016



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# CRYSTAL LAGOONS

**Reg. No. 5,465,084**
**Registered May 08, 2018**
**Int. Cl.: 35, 37, 39, 40, 42**
**Service Mark**
**Principal Register**



Director of the United States
Patent and Trademark Office

CRYSTAL LAGOONS (Curacao) B.V. (CURACAO LIMITED LIABILITY COMPANY)
2nd Floor
Kaya W.f.g. (jombi) Mensing 14
Willemstad, CURACAO

CLASS 35: (Based on Use in Commerce) Business consulting services relating to the implementation and administration of processing plants and industrial plants related to conservation, construction and improvement of land, water treatment plants, dams, drinking water reservoirs, artificial lagoons, artificial floating man-made lagoons

FIRST USE 6-26-2007; IN COMMERCE 6-26-2007

CLASS 37: (Based on 44(e)) Maintenance and construction services of water treatment plants, artificial lagoons, artificial floating man-made lagoons, dams and drinking water supplies; maintenance and construction services of water treatment systems to maintain water quality in artificial lagoons, artificial floating man-made lagoons, dams and drinking water supplies

CLASS 39: (Based on 44(e)) Water distribution services

CLASS 40: (Based on 44(e)) Water purification services

CLASS 42: (Based on 44(e)) Engineering and design of water treatment plants, artificial lagoons, artificial floating man-made lagoons, dams and drinking water supplies and distribution and water purification instruction; engineering design services, related to the construction of water treatment plants, artificial lagoons, artificial floating man-made lagoons, dams and drinking water supplies, and distribution and water purification; engineering and design of water treatment systems to maintain water quality in artificial lagoons, artificial floating man-made lagoons, dams and drinking water supplies; civil engineering, design and architecture services of structures in the form of dams, drinking water supplies, water lifting structures, water discharge structures, lakes, artificial lagoons and artificial floating man-made lagoons; laboratory service in the field of water quality, namely, water purity analysis, particle analysis, pigment analysis, color analysis, bacteriological analysis; technical consulting services relating to the implementation and administration of processing plants and industrial plants related to conservation, construction and improvement of land, water treatment plants, dams, drinking water reservoirs, artificial lagoons, artificial floating man-made lagoons; professional advisory and research services, namely, scientific study and research in the area of hydraulics for the water supply

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON CHILE APPLICATION NO. 1192895, FILED 02-25-2016, REG. NO. 1219398, DATED 09-01-2016, EXPIRES 09-01-2026

OWNER OF U.S. REG. NO. 3881936

No claim is made to the exclusive right to use the following apart from the mark as shown: "LAGOONS"

SER. NO. 86-956,291, FILED 03-29-2016

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# CRYSTAL LAGOONS

**Reg. No. 5,870,729**
**Registered Oct. 01, 2019**
**Int. Cl.: 43**
**Service Mark**
**Principal Register**

Crystal Lagoons (Curacao) B.V. (CURACAO LIMITED LIABILITY COMPANY)
2nd Floor
Kaya W.f.g. (jombi) Mensing 14
Willemstad, CURACAO

CLASS 43: Hotel accommodation services; provision of temporary accommodation services for guests; resort lodging services; services for providing food and drinks; catering services; temporary accommodation reservation services; hotel services; snack-bars; restaurant services; provision of food and drinks; preparation of food and drinks; none of the aforesaid being offered or sold in connection with cruise ships, yachts or air travel

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF CHILE , REG. NO. 1234992, DATED 01-25-2017, EXPIRES 01-25-2027

No claim is made to the exclusive right to use the following apart from the mark as shown: "LAGOONS"

SER. NO. 87-191,758, FILED 10-03-2016



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# CRYSTAL LAGOONS

**Reg. No. 6,042,995**

**Registered Apr. 28, 2020**

**Int. Cl.: 19, 36, 41**

**Service Mark**

**Trademark**

**Principal Register**

Crystal Lagoons (Curacao) B.V. (CURACAO LIMITED LIABILITY COMPANY)
2nd Floor,
Kaya W.f.g. (jombi) Mensing 14,
Willemstad, CURACAO

CLASS 19: Non-metal prefabricated framework platforms for building water recreation facilities; non-metal framework for building water recreation facilities; frameworks for building, not of metal; non-metal building materials, namely, plastic liners for use in building water recreation facilities for the purposes of containing water, preventing water leakage and minimizing sun damage to underlying structures, not in the nature of a tarp; cladding, not of metal, for building; reinforcing materials for building, not of metal; non-metallic structures to contain water; non-metal swimming pools; artificial habitat structures in the nature of non-metal manmade artificial lagoons and non-metal manmade artificial floating lagoons for recreational and water treatment purposes

FIRST USE 11-00-2010; IN COMMERCE 11-00-2010

CLASS 36: Real estate consultancy; real estate valuation services

FIRST USE 11-00-2010; IN COMMERCE 11-00-2010

CLASS 41: Educational services, namely, providing classes, seminars, online instruction and training on the design, development, operation, management and promotion of water recreation facilities, and providing related educational demonstrations; organizing community sporting and cultural events; entertainment in the nature of a water park and amusement center; provision of amusement parks, water parks, artificial lagoons for swimming and recreational purposes, man-made floating lagoons for swimming and recreational purposes, swimming pools and golf courses, all for recreational purposes

FIRST USE 11-00-2013; IN COMMERCE 11-00-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF CHILE , REG. NO. 1257649, DATED 08-23-2017, EXPIRES 08-23-2027

OWNER OF U.S. REG. NO. 3881936, 5312449

No claim is made to the exclusive right to use the following apart from the mark as shown: "LAGOONS"

SER. NO. 87-663,162, FILED 10-27-2017



*Andrei Iancu*
Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.