# EXHIBIT 4



**ST. GEORGE** — Plans for a new master-planned community in St. George, which will comprise 10,000 new residences, were unveiled Thursday at the St. George Area Economic Development Summit.

"Today, I'm here to formally introduce a unique and ambitious project underway in St. George," Rhys Weaver, president and COO of Clyde Companies, told the 900 summit attendees. "It's a master-planned community called Desert Color."

The new development will be a 3,350-acre community located on Utah School and Institutional Trust Lands Administration property – east of Interstate 15 along Southern Parkway.

Desert Color will be among the largest ever master-planned developments in Utah, Weaver said, and will be divided into four main land-use districts: mixed-use commercial district, recreation, resort and residential.



A new development, named Desert Color, will be a 3,350-acre master-planned community located on SITLA land, east of Interstate 15 along Southern Parkway, St. George, Utah | Photo courtesy of Desert Color partners, St. George News

As part of the plan, Desert Color will feature nearly 210 acres of developed parks and trails circulated throughout the community. Trail systems, parks and nature preserves will provide opportunities for residents, visitors and activity seekers to feel a deeper connection to the community and the land.

"The Desert Color vision is a big one," Weaver said, "(to include) 10,000 residences with single-family apartments and townhomes, 103-acre commercial district with office space, shopping, recreation, health facilities, schools, cultural activities and a resort facility with crystal lagoons, 1,100 rooms that will be a mixture of hotel, resort and vacation condos, a recreation area with parks, trails and activities that promote a healthy lifestyle, and a golf entertainment experience for golfers of all skill and age levels."

For the last 18 months, the Desert Color master development team – consisting of Clyde Companies, Blue Diamond Capital and Merrill Trust Group – has worked with SITLA, St. George City and Washington County to make Desert Color a reality.



Plans for the new Desert Color master-planned community were unveiled Thursday at the St. George Area Economic Development Summit, St. George, Utah | Photo courtesy of Desert Color partners, St. George News

"At present, we have made significant strides," Weaver said. "If you drive out there, you'll see the earth is moving in a variety of directions."

Property has already been purchased by some of the development's initial tenants, Weaver said, including Paparazzi Accessories, which is building a new corporate headquarters and warehouse on a 13.5-acre lot.

The Desert Color property is located within St. George city limits and is generally described and bound by the Sun River development to the west; the Arizona border to the south; the Fort Pierce Industrial Park to the north; and the Desert Canyon development to the east.

The total developable acreage for the parcel is approximately 6,800 acres, making the parcel by far the largest development parcel in Washington County, according to the Trust Lands Administration.

"We are proud to create a new, innovative community that will enrich the St. George area and the state of Utah," Weaver said. "Desert Color is a decades long project, and we know it will succeed with the insight and guidance of our community partners."

Email: kscott@stgnews.com

Twitter: @STGnews

Copyright St. George News, SaintGeorgeUtah.com LLC, 2018, all rights reserved.



**ABOUT THE AUTHOR**

Kimberly Scott is a lifetime resident of Southern Utah. In 2013, Kimberly joined St. George News as a vital member of its editing, reporting and administrative team. She is passionate about engaging communities through writing and is dedicated to providing complete and accurate coverage of both anticipated and breaking news.



https://www.cedarcityutah.com/news/archive/2018/01/11/kss-plans-unveiled-for-master-planned-community-in-st-george-comprising-10000-new-residences/#.XzF3XeWSmUn