# EXHIBIT 5

Lisa Moore <lmoore@crystal-lagoons.com>

# Follow-up and article
1 message

**Lisa Moore** <lmoore@crystal-lagoons.com>  Fri, Jan 12, 2018 at 10:37 AM
To: Brook Cole <bcole@clydeinc.com>

Hi Brook -

Happy New Year!

I wanted to check in with you on the concept design that I sent to you on the 1st, as well as talk about the article that came out yesterday on your project. That's great news about Weaver announcing the project at the Summit yesterday, as I hope this means we will get to continue to work together in incorporating our lagoon technology into your development. I will try and reach you by phone today as we need to discuss the sensitivities in announcing that you are working with Crystal Lagoons before we have a signed deal. Our company is very particular about this, so it's best/easier to discuss via phone. I am in Chile all this week at our HQ, but I will try to ring you between meetings.

http://www.cedarcityutah.com/news/archive/2018/01/11/kss-plans-unveiled-for-master-planned-community-in-st-george-comprising-10000-new-residences/#.Wliwiq7ibIV


**LISA MOORE**
**Business Development**
Crystal Lagoons US Corp.
Mobile Phone: (678) 993-3201
www.crystal-lagoons.com




