# EXHIBIT 6

*Crystal Lagoons*

Lisa Moore <lmoore@crystal-lagoons.com>

## follow-up: Crystal Lagoons
1 message

**Lisa Moore** <lmoore@crystal-lagoons.com>                              Tue, Mar 27, 2018 at 8:03 PM
To: Brook Cole <bcole@clydeinc.com>
Bcc: lisam@crystal-lagoons.com

Hi Brook -

Thanks for meeting with us on Friday. I wanted to start working on the list of follow-up items from our meeting.  From my notes:

1.) work on water study numbers, using your data and ours, for PR plan
2.) send you construction cross section of wall
3.) CL to work on revenue model for a public access lagoon for your site
4.) send you invite to our technical tour event May 8th
5.) Rework the terms on the first lagoon proposal to use requested royalty structure

Let me know if I am forgetting anything. Send me your water study numbers so I can get started on that item with our R&D team.  thanks!

**LISA MOORE**
**Business Development**
Crystal Lagoons US Corp.

100 Crescent Court, Suite 700
Dallas, TX 75201, USA
Direct Line: (972) 201-0005
Mobile Phone: (678) 993-3201
www.crystal-lagoons.com