# EXHIBIT 7



Lisa Moore <lmoore@crystal-lagoons.com>

---

# Re: follow-up: Crystal Lagoons
1 message

---

**Lisa Moore** <lmoore@crystal-lagoons.com>  Thu, Apr 5, 2018 at 1:47 PM
To: Brook Cole <bcole@clydeinc.com>
Cc: Robert Behunin <robert.behunin@rrpartners.com>

Hi Brook -

Sorry for the delay! We had a new hire that has been with me for the last week training so I am a little behind.

Yes, I have added to the list the state regulation process for our lagoons. I was already working on that, but I forgot to mention it.

 I looked over the pdf you sent me from the Water Services Department. When you were in our office you referenced other water consumption numbers in regards to water use of a lagoon vs a single family home on the same footprint. Those are more interesting numbers that I would like to share with our R&D department to work with. Can you send me your calculations and any supporting documents on those?  I saw the email from Rob also, so I will reach out to him, but since he is cc'd here - hi Rob!

I can make accommodations for your team at our Technical Tour. I probably need to limit that to 8 people from your team to keep my current structure - will that still work?  We have the developer (& team) of that project speaking at the event, which is very beneficial for the group to hear, so it's more difficult to schedule their entire team for a separate day. But we can save additional time for after the event as well for further discussion with my engineer there with me.

I have a call with our engineer later today about the cross section of the wall you requested. This varies from site to site, so I am exploring the options to get you something for this.
More to come....

## LISA MOORE
**Business Development**
Crystal Lagoons US Corp.

100 Crescent Court, Suite 700
Dallas, TX 75201, USA
Direct Line: (972) 201-0005
Mobile Phone: (678) 993-3201
www.crystal-lagoons.com

---

On Thu, Mar 29, 2018 at 7:05 PM, Brook Cole <bcole@clydeinc.com> wrote:
> Good afternoon Lisa,
>
> Thank you for the recap.  It was a pleasure meeting you and Kevin.  I appreciate your time and willingness to entertain all of my questions.
>
> There is one more item to add to your list.  We need for your attorney to follow up on the open swim/lagoon state laws for Utah and double check that the Crystal Lagoon falls within the existing state codes.

I am attaching the water usage numbers as they have been prepared by the City of St. George comparing the lagoon, residential use and grass water use. I would like to take you up on your offer to review this information and assist us in the PR campaign regarding water usage. I have copied Rob Behunin on this email as well by way of an introduction to you and your team. Rob is with R & R Partners who is our PR firm working on the project. Please feel free to reach out to Rob with additional thoughts and insights as they relate to the water usage issues that you have addressed in other markets. I have given Rob your information as well and asked him to speak with you directly as well in coordinating these efforts.

For the May 8th technical review tour, I think it may be helpful to have some of the City folks join us as well. I don't want to overcrowd the event, so lets discuss how you would like for us to handle the event if we need to bring a larger group (8 to 10 people). We can come the day before and the day after if needed as well.

Thanks again for your help and I will look for the information you are preparing.

With Best Regards,



Brook Cole

*Principal*

817 North 980 West Orem, UT 84057

M: 801.592.6132

brook.cole@desertcolor.com / desertcolor.com

**From:** Lisa Moore [mailto:lmoore@crystal-lagoons.com]
**Sent:** Tuesday, March 27, 2018 5:03 PM
**To:** Brook Cole <bcole@clydeinc.com>
**Subject:** follow-up: Crystal Lagoons

Hi Brook -

Thanks for meeting with us on Friday. I wanted to start working on the list of follow-up items from our meeting. From my notes:

1.) work on water study numbers, using your data and ours, for PR plan

2.) send you construction cross section of wall

3.) CL to work on revenue model for a public access lagoon for your site

4.) send you invite to our technical tour event May 8th

5.) Rework the terms on the first lagoon proposal to use requested royalty structure

Let me know if I am forgetting anything. Send me your water study numbers so I can get started on that item with our R&D team. thanks!

**LISA MOORE**
**Business Development**
Crystal Lagoons US Corp.

100 Crescent Court, Suite 700
Dallas, TX 75201, USA
Direct Line: (972) 201-0005
Mobile Phone: (678) 993-3201
www.crystal-lagoons.com

La información contenida en este correo es privada y confidencial, y queda prohibido su uso no autorizado. Si usted no es el destinatario de este correo, o si lo recibió por error, agradeceremos ponerse en contacto con nosotros y eliminar el correo.

The information contained in this email is private and confidential. Any unauthorized use is strictly prohibited. If you received it by mistake please contact us and then delete it.