# EXHIBIT 10

**Re: Crystal Lagoons TLSA : Desert Color, Utah**

| | |
|---:|:---|
| **De :** | Brook Cole <bcole@clydeinc.com> |
| **Asunto :** | Re: Crystal Lagoons TLSA : Desert Color, Utah |
| **Para :** | Lisa Moore <lmoore@crystal-lagoons.com> |
| **CC :** | Victor A. Taylor <vtaylor@djplaw.com>, Natalia Jiménez <njimenez@crystal-lagoons.com>, Eric Cherasia <echerasia@crystal-lagoons.com>, Thomas Gottschlich <tgottschlich@crystal-lagoons.com> |

jue, 07 de mar de 2019 18:20

Thanks Lisa. Glad to hear they made good progress on the liner.

See you in the morning.

Brook Cole
Clyde Properties

On Mar 7, 2019, at 4:17 PM, Lisa Moore <lmoore@crystal-lagoons.com> wrote:

> Hi Brook -
>
> Thank you for the introduction to Vic. I didn't give you much time to review the TLSA this week, but it will be good for you to meet the team while you are here and we can talk about high-level items in the TLSA at the least.
>
> I was at Windsong Ranch lagoon today and since we have had a dry week so far, they have actually been able to lay down about 20% of the liner. So your team will get to see that progress while they are here.
>
> See you in the morning at 10am. You have my mobile if you need to reach me.
>
> _ _ _
> **LISA MOORE**
> **Regional Director**
> Crystal Lagoons US Corp.
>
> 100 Crescent Court, Suite 700
>
> Dallas, TX 75201, USA
>
> Direct Line: (972) 201-0005
>
> Mobile Phone: (678) 993-3201
>
> www.crystal-lagoons.com
>
> On Thu, Mar 7, 2019 at 1:22 PM Brook Cole <bcole@clydeinc.com> wrote:
>
>> Good morning Vic,
>>
>> Please allow me to introduce you to the Crystal Lagoon Team.  Lisa Moore, the Regional Director for Crystal Lagoons, has been our main point of contact up to this point.  Lisa and the rest of their team will be working with us to complete a Technology Licensing and Support Agreement ("TLSA") for the Crystal Lagoon Desert Color desires to build.  An initial draft of the TLSA is attached for your review.
>>
>> Lisa, Vic Taylor is our counsel for Desert Color.  He works with Durham Jones and Pinegar.  Please forward his contact information onto the appropriate folks within your organization.  I will print off the TLSA and review it on the flight down tonight.  However, I will not have had a chance to review fully the TLSA with the partners nor had a chance to confer with Vic.  But the process is getting started.  Thank you for sending it over.
>>
>> Thank you,
>>
>> **Brook Cole**
>>
>> Chief Planner
>>
>> 817 North 900 West, Orem, Utah 84057
>>
>> M: 801-592-6132

**From:** Lisa Moore [mailto:lmoore@crystal-lagoons.com]
**Sent:** Wednesday, March 6, 2019 1:27 PM
**To:** Brook Cole <bcole@clydeinc.com>
**Cc:** Natalia Jiménez <njimenez@crystal-lagoons.com>; Eric Cherasia <echerasia@crystal-lagoons.com>; Thomas Gottschlich <tgottschlich@crystal-lagoons.com>
**Subject:** Crystal Lagoons TLSA : Desert Color, Utah

Hi Brook -

Attached is the first draft of our TLSA - Technology Licensing and Support Agreement. This draft is in Microsoft word so you can make your comments and red line when you send back to us for review.

Hopefully you will have some time to review this before you fly to Dallas this week so we can help answer any first questions you have while our attorney is in town on Friday.

Please let us know the name of your attorney that you will be using, or make an introduction via email when appropriate.

See you Friday!

_ _ _

**LISA MOORE**
**Regional Director**
Crystal Lagoons US Corp.

100 Crescent Court, Suite 700
Dallas, TX 75201, USA
Direct Line: (972) 201-0005
Mobile Phone: (678) 993-3201
www.crystal-lagoons.com

La información contenida en este correo es privada y confidencial, y queda prohibido su uso no autorizado. Si usted no es el destinatario de este correo, o si lo recibió por error, agradeceremos ponerse en contacto con nosotros y eliminar el correo.

The information contained in this email is private and confidential. Any unauthorized use is strictly prohibited. If you received it by mistake please contact us and then delete it.

La información contenida en este correo es privada y confidencial, y queda prohibido su uso no autorizado. Si usted no es el destinatario de este correo, o si lo recibió por error, agradeceremos ponerse en contacto con nosotros y eliminar el correo.

The information contained in this email is private and confidential. Any unauthorized use is strictly prohibited. If you received it by mistake please contact us and then delete it.

<TLSA Draft - Desert Color St. George LLC _Utah-3-6-19_V1.docx>