# EXHIBIT 11



Eric Cherasia <echerasia@crystal-lagoons.com>

## Thank you from Desert Color
5 messages

**Brook Cole** <bcole@clydeinc.com>  
To: Lisa Moore <lmoore@crystal-lagoons.com>, Eric Cherasia <echerasia@crystal-lagoons.com>

Sat, Mar 9, 2019 at 6:28 PM

Hello Lisa and Eric,

Just wanted to send you both a quick note thanking you for the your time and hosting us this week for the technical tour. I know seeing the finished lagoon last fall was helpful for our builders who will be building in the resort at area at Desert Color, but I thought the technical tour this week was even more helpful with our construction guys. Please pass along our appreciation to Josh, David and Craig for their time as well. I am sorry that your attorney did not feel well and hope he is recovering.

I will be in touch shortly to review the TSLA.

With Best Regards,

**DESERT COLOR**

**Brook Cole**  
*Principal*

817 North 900 West Orem, UT 84057

M: 801.592-6132

brook.cole@desertcolor.com / desertcolor.com

---

**Lisa Moore** <lmoore@crystal-lagoons.com>  
To: Brook Cole <bcole@clydeinc.com>  
Cc: Eric Cherasia <echerasia@crystal-lagoons.com>

Mon, Mar 11, 2019 at 10:33 AM

Hi Brook -

Thanks for the email. We are glad that your team was able to make this technical tour as well. It's such a great learning experience for everyone. I will extend your thank you to the team for sure.

I look forward to getting your first feedback on the TLSA and discuss timing this week.

— — —  
**LISA MOORE**  
**Regional Director**  
Crystal Lagoons US Corp.

100 Crescent Court, Suite 700  
Dallas, TX 75201, USA  
Direct Line: (972) 201-0005  
Mobile Phone: (678) 993-3201  
www.crystal-lagoons.com

[Quoted text hidden]

---

**Eric Cherasia** <echerasia@crystal-lagoons.com>  
To: Lisa Moore <lmoore@crystal-lagoons.com>  
Cc: Brook Cole <bcole@clydeinc.com>

Thu, Mar 21, 2019 at 2:00 PM

Hi Brook,

It was a pleasure meeting you and your team in Dallas. It was great to capitalize on the project's stage to educate all of us, especially your builders.

Based on our discussions, I know the timing for the completion of the lagoon is critical. To ensure we meet these deadlines, I want to plan our legal resources accordingly for the TLSA process. Do you have any timing on when we can expect a first turn of the TLSA?

Any insight would be greatly appreciated. Looking forward to hearing from you.

Regards,
Eric

[Quoted text hidden]

--

### ERIC CHERASIA, P.E.
**Vice President, Business Development**
Crystal Lagoons US Corp.

2 Alhambra Plaza, Penthouse 1B
Coral Gables, FL 33134, USA
Main Phone +1 (786) 228-7748
Mobile Phone +1 (858) 245-6396

echerasia@crystal-lagoons.com
www.crystal-lagoons.com



---

**Brook Cole** <bcole@clydeinc.com>　　　　　　　　　　　　　　　　　　　　　　Mon, Mar 25, 2019 at 7:05 PM
To: Eric Cherasia <echerasia@crystal-lagoons.com>, Lisa Moore <lmoore@crystal-lagoons.com>
Cc: Mitchell Dansie <mdansie@clydeinc.com>

Lisa and Eric,

Our legal team has been reviewing the documents and is preparing to meet with us on Friday this week to go through all of our comments. I can follow up early next week on Monday with the first turn of comments/questions.

[Quoted text hidden]
[Quoted text hidden]

La información contenida en este correo es privada y confidencial, y queda prohibido su uso no autorizado. Si usted no es el destinatario de este correo, o si lo recibió por error, agradeceremos ponerse en contacto con nosotros y eliminar el correo.

The information contained in this email is private and confidential. Any unauthorized use is strictly prohibited. If you received it by mistake please contact us and then delete it.

---

**Lisa Moore** <lmoore@crystal-lagoons.com>　　　　　　　　　　　　　　　　　　　Thu, Mar 28, 2019 at 2:41 PM
To: Brook Cole <bcole@clydeinc.com>

Cc: Eric Cherasia <echerasia@crystal-lagoons.com>, Mitchell Dansie <mdansie@clydeinc.com>

Hi Brook -

Thanks for the update. We look forward to hearing back from you next week.

Sincerely,

_ _ _

**LISA MOORE**
**Regional Director**
Crystal Lagoons US Corp.

100 Crescent Court, Suite 700
Dallas, TX 75201, USA
Direct Line: (972) 201-0005
Mobile Phone: (678) 993-3201
www.crystal-lagoons.com

[Quoted text hidden]