**EXHIBIT 12**

*Crystal Lagoons*

**Eric Cherasia <echerasia@crystal-lagoons.com>**

---

## Fwd: RSVP Windsong Ranch

2 messages

---

**Lisa Moore** <lmoore@crystal-lagoons.com>                     Wed, Jun 19, 2019 at 12:17 PM
To: Eric Cherasia <echerasia@crystal-lagoons.com>, Thomas Gottschlich <tgottschlich@crystal-lagoons.com>

fyi, 2 Desert Color people coming to dallas next week for grand opening.


---------- Forwarded message ---------
From: **Mitchell Dansie** <mdansie@gwccap.com>
Date: Wed, Jun 19, 2019 at 11:14 AM
Subject: RE: RSVP Windsong Ranch
To: Lisa Moore <lmoore@crystal-lagoons.com>, Elsie Powley <epowley@gwccap.com>
Cc: Julissa Baltodano-Delgado <jdelgado@crystal-lagoons.com>


Lisa,


We look forward to seeing you at the opening. We are excited and hope to be the next one in line! Let's continue to push the agreement through and get to YES!





Mitch Dansie

*General Manager*

817 North 900 West Orem, UT 84057

M: 801.718.3039

mdansie@desertcolor.com / desertcolor.com



**From:** Lisa Moore <lmoore@crystal-lagoons.com>
**Sent:** Wednesday, June 19, 2019 10:09 AM
**To:** Elsie Powley <epowley@gwccap.com>; Mitchell Dansie <mdansie@gwccap.com>
**Cc:** Julissa Baltodano-Delgado <jdelgado@crystal-lagoons.com>
**Subject:** Re: RSVP Windsong Ranch


Hi Elsie -

Glad you can attend and look forward to meeting you! I am cc'ing Julissa here so she can send you parking details if you will have a rental car. If you will be dropped off, they can drop you off right at the lagoon.


There will be a lot of people on site, but make sure you find me to say hi!


– – –

**LISA MOORE**
**Regional Director**
Crystal Lagoons US Corp.

100 Crescent Court, Suite 700
Dallas, TX 75201, USA
Direct Line: (972) 201-0005
Mobile Phone: (678) 993-3201
www.crystal-lagoons.com

On Wed, Jun 19, 2019 at 10:58 AM Elsie Powley <epowley@gwccap.com> wrote:

Lisa,

I'm emailing you to RSVP that Mitch Dansie and myself will be attending the Windsong Ranch Lagoon Grand Opening as representatives of Desert Color.

Thank you so much for the invitation! We are excited too be part of this event.

Thank you again,

Elsie



Elsie Powley
*Marketing Coordinator*

817 North 900 West Orem, UT 84057

O: 801.802.6843 M: 801.361.4049

epowley@clydeinc.com / desertcolor.com

La información contenida en este correo es privada y confidencial, y queda prohibido su uso no autorizado. Si usted no es el destinatario de este correo, o si lo recibió por error, agradeceremos ponerse en contacto con nosotros y eliminar el correo.

The information contained in this email is private and confidential. Any unauthorized use is strictly prohibited. If you received it by mistake please contact us and then delete it.

---

**Eric Cherasia** <echerasia@crystal-lagoons.com>                                    Wed, Jun 19, 2019 at 12:24 PM
To: Lisa Moore <lmoore@crystal-lagoons.com>

Amazing!
[Quoted text hidden]
--
**ERIC CHERASIA, P.E.**
**Vice President, Business Development**
Crystal Lagoons US Corp.

2 Alhambra Plaza, Penthouse 1B
Coral Gables, FL 33134, USA
Main Phone +1 (786) 228-7748
Mobile Phone +1 (858) 245-6396

echerasia@crystal-lagoons.com
www.crystal-lagoons.com