**EXHIBIT 13**





**Colin (Desert Collar) Development**

> from the same company that is building yours? My wife has a family friend down in texas who can go see the lagoon you mentioned in our call earlier today. Sorry for so many inquiries on the lagoon it is truly appealing to us.

Hi Santiago!

Videos are from Windsong Ranch in Texas, not the same builder, that's a Crystal Lagoon (they charge ongoing royalties just to use the name) but essentially the same concept.

Photo is from the Seminole Hard Rock in Florida, same builder as Desert Color.

Master Planned Community | North Dallas | Windsong Ranch 
windsongranchliving.com



  iMessage 

