# EXHIBIT 14

# Desert Colors Lagoon

**Due**  
Submitted     6/26/2020, 13:51  
Received

Open Records Portal Request

| Requestor | Agency |
|---|---|
| Matt McDonald | Southwest Utah Public Health |

mdm@wsourcegroup.com  
          (850)528-3947  
2282 Killearn Center Blvd  
Tallahassee,  Flori  32309

620 South 400 East #400  
St. George,  UT  84770  
Ashley Hedstrom  
Cameron Mitchell

## Main Request

Please provide all records and/or permits related to any and all lagoons (whether for recreation, swimming, or other uses), public pools, or public bathing places related to the Desert Colors development in St. George, Utah.

Please provide all permits applied for or issued to Clyde Companies, including but not limited to, any permits for public swimming pools, public bathing places, and/or lagoons.

Please provide all permits applied for or issued to Blue Diamond Capital project, including but not limited to, any permits for public swimming pools, public bathing places, and/or lagoons.

Please provide all permits applied for or issued to Merrill Trust Group project, including but not limited to, any permits for public swimming pools, public bathing places, and/or lagoons.

Please provide all correspondence between the Southwest Utah Public Health Department (SWUPHD), including the local office for Washington County, and Clyde Companies, Blue Diamond Capital, Merrill Trust Group, or any other known entity related to the Desert Color development in St. George, Utah.

Please provide any permits issued by the Southwest Utah Public Health Department (SWUPHD), including the local office for Washington County, related to the Desert Color development project in St. George Utah.

Please provide any authorizations, whether written or verbal, provide by Southwest Utah Public Health Department (SWUPHD), including the local office for Washington County, related to the Desert Color development project in St. George, Utah.

Open Records Portal Request                              Southwest Utah Public Health Department (Utah)

*Date range of requested records:*     *1/1/2017 - 6/26/2020*

## Additional Details

Requester would like to view or inspect the records only