**EXHIBIT 15**

Tuesday, July 7, 2020 at 09:27:13 Eastern Daylight Time

**Subject:** Response Denied

**Date:** Monday, July 6, 2020 at 11:05:34 AM Eastern Daylight Time

**From:** openrecordsportal@utah.gov

**To:** mdm@wsourcegroup.com

Matt McDonald,

The response, "Main Request," was denied for the following reason(s):

We do not have any records specified by the Requester.

You have the right to appeal this denial to the chief administrative officer. Please direct your appeal to:

Cameron Mitchell
620 South 400 East #400
St. George, UT
St. George, 84770
cmitchell@swuhealth.org

Your notice of appeal must be submitted within 30 days of the denial date and must include your name, mailing address, daytime telephone number, and an explanation of the relief sought. You may also include any supporting information with your notice of appeal.

Thank you.

Open Records Portal Team
openrecords.utah.gov

********************

Questions? Help is available!
GRAMA questions: grama@utah.gov
Website questions: openrecordsadmin@utah.gov