Stephen Sansom (#10678)
*SMSansom@hollandhart.com*
Brandon T. Christensen (#16420)
*btchristensen@hollandhart.com*
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT  84101
Tel: (801) 799-5897

Anthony R. Zeuli *(Admitted Pro Hac Vice)*
*TZeuli@merchantgould.com*
Thomas Johnson *(Admitted Pro Hac Vice)*
*TJohnson@merchantgould.com*
MERCHANT GOULD P.C.
2200 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4247
Tel: (612) 332-5300

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. AND CRYSTAL LAGOONS TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DESERT COLOR MANAGER LLC, DESERT COLOR ST. GEORGE LLC, AJ CONSTRUCTION, INC., TRI-STATE VENTURES, LLC d/b/a CAREFREE HOMES – UTAH, COLE WEST HOME LLC, HOLMES HOMES, INC., SULLIVAN HOMES LLC, and PACIFIC AQUASCAPE INTERNATIONAL, INC., <br><br> Defendants | **STIPULATED MOTION TO CONTINUE HEARING** <br><br> Case No. 2:20-cv-00851-BSJ <br><br> Judge Bruce S. Jenkins <br><br> **JURY TRIAL DEMANDED** |

Plaintiffs Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies Inc. ("Crystal Lagoons" or "Plaintiffs") and Defendants DESERT COLOR MANAGER LLC, DESERT COLOR ST. GEORGE LLC, and COLE WEST HOME LLC, ("Affected Defendants") respectfully request that the Court vacate and continue the hearing scheduled for Friday, April 23, 2021 to July 15, 2021 at 10 a.m.  As grounds in support thereof, the parties state as follows:

1. The Court held a hearing in this action on April 20, 2021.  The Court made several rulings at the hearing.

2. As a result of the Court's rulings during that hearing, the Court asked Plaintiffs if they wished to proceed with the Hearing to Consider Proposed Revised/Amended Joint Preliminary Injunction Pretrial Order set for April 23, 2021 at 11:00 a.m. as to the Affected Defendants and the stated bases for Plaintiffs' Motion for Preliminary Injunction (Docket No. 10) and the First Amended Complaint.

3. Plaintiffs respectfully request that the Court vacate the April 23, 2021 hearing and continue it until July 15, 2021 at 10 a.m. as to the Affected Defendants and the stated bases for Plaintiffs' Motion for Preliminary Injunction (Docket No. 12) and the First Amended Complaint.

Accordingly, there is good cause to grant this Stipulation, which is agreed to by the Plaintiffs and Affected Defendants.  For the Court's convenience, a proposed order is submitted herewith.

| | | |
|---|---|---|
| Date:  April 22, 2021 | By: | */s/* Stephen M. Sansom |
| | | Stephen Sansom |
| | | Brandon T. Christensen |
| | | HOLLAND & HART LLP |
| | | 222 South Main Street, Suite 2200 |
| | | Salt Lake City, UT  84101 |

Tel: (801) 799-5897

Anthony R. Zeuli *(Admitted Pro Hac Vice)*
Thomas Johnson *(Admitted Pro Hac Vice)*
MERCHANT GOULD P.C.
2200 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4247
Tel: (612) 332-5300
Fax: (612) 332-9081

*Counsel for Plaintiffs*
*Crystal Lagoons US Corp and Crystal Lagoons Technologies Inc.*

Date: April 22, 2021     By:     */s/Jared Braithwaite (with permission)*
Jared Braithwaite (Utah Bar No. 12455)
*jbraithwaite@mabr.com*
MASCHOFF BRENNAN
111 S. Main Street, Ste. 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850
Facsimile: (435) 252-1361

R. Parrish Freeman (Utah Bar No. 7529)
*pfreeman@mabr.com*
MASCHOFF BRENNAN
1389 Center Dr., Ste. 300
Park City, Utah 84098
Telephone: (435) 252-1360
Facsimile: (435) 252-1361

*COUNSEL FOR DESERT COLOR ST. GEORGE, LLC; DESERT COLOR MANAGER, LLC; and PACIFIC AQUASCAPE INTERNATIONAL, INC.*

Date: April 22, 2021     By:     */s/ Jared L. Inouye (with permission)*
Barry N. Johnson (#6255)
Jared L. Inouye (#9776)

3

BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Email: *bjohnson@btjd.com; jinouye@btjd.com*

*COUNSEL FOR COLE WEST HOME, LLC*

4