FILED
2021 APR 22 PM 4:25
CLERK
U.S. DISTRICT COURT

Stephen Sansom (#10678)
*SMSansom@hollandhart.com*
Brandon T. Christensen (#16420)
*btchristensen@hollandhart.com*
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT  84101
Tel: (801) 799-5897

Anthony R. Zeuli *(Admitted Pro Hac Vice)*
*TZeuli@merchantgould.com*
Thomas Johnson *(Admitted Pro Hac Vice)*
*TJohnson@merchantgould.com*
MERCHANT GOULD P.C.
2200 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4247
Tel: (612) 332-5300

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN REGION OF THE CENTRAL DIVISION**

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. AND CRYSTAL LAGOONS TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DESERT COLOR MANAGER LLC, DESERT COLOR ST. GEORGE LLC, AJ CONSTRUCTION, INC., TRI-STATE VENTURES, LLC d/b/a CAREFREE HOMES – UTAH, COLE WEST HOME LLC, HOLMES HOMES, INC., SULLIVAN HOMES LLC, and PACIFIC AQUASCAPE INTERNATIONAL, INC., <br><br> Defendants | **ORDER GRANTING STIPULATED MOTION TO CONTINUANCE OF HEARING** <br><br> Case No. 2:20-cv-00851-BSJ <br><br> Judge Bruce S. Jenkins <br><br> **JURY TRIAL DEMANDED** |

2

The Court, having reviewed the Stipulated Motion to Continue Hearing, and for good cause shown,

IT IS HEREBY ORDERED that the Hearing to Consider Proposed Revised/Amended Joint Preliminary Injunction Pretrial Order set for April 23, 2021 at 11:00 a.m. is hereby vacated. It shall be continued until July 15, 2021 at 10 a.m. as to the Affected Defendants and the stated bases for Plaintiffs' Motion for Preliminary Injunction (Docket No. 10) and the First Amended Complaint.

Dated this 22nd day of April, 2021.

BY THE COURT:

_____
Hon. Bruce S. Jenkins
United States District Court Judge