FILED
2021 JUL 26 PM 4:09
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DESERT COLOR MANAGER LLC., et al., <br><br> Defendants. | **ORDER** <br><br> **Civil No. 2:20-cv-00851-BSJ** <br><br> Judge Bruce S. Jenkins |

Based on the Stipulation of Dismissal of Cole West Home LLC, [ECF No. 141] filed on July 22, 2021,

**IT IS HEREBY ORDERED** that Defendant Cole West Home is DISMISSED without prejudice.  Each party shall bear its own costs and fees.

**DATED** this 26th day of July, 2021.

BY THE COURT:

_____
Bruce S. Jenkins
United States Senior District Judge