FILED
2021 AUG 5 PM 2:00
CLERK
U.S. DISTRICT COURT

Stephen M. Sansom (#10678)
Brandon T. Christensen (#16420)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Tel: (801) 799-5897
smsansom@hollandhart.com
btchristensen@hollandhart.com

Anthony R. Zeuli *(Admitted Pro Hac Vice)*
tzeuli@merchantgould.com
Thomas Johnson *(Admitted Pro Hac Vice)*
tjohnson@merchantgould.com
MERCHANT GOULD P.C.
2200 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4247
Tel: (612) 332-5300
Fax: (612) 332-9081

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. AND CRYSTAL LAGOONS TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DESERT COLOR MANAGER LLC, DESERT COLOR ST. GEORGE LLC, AJ CONSTRUCTION, INC., COLE WEST HOME LLC, HOLMES HOMES, INC., SULLIVAN HOMES LLC, and PACIFIC AQUASCAPE INTERNATIONAL, INC., <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION TO RESET HEARING DATE** <br><br> Case No. 2:20-cv-00851-BSJ <br><br> Judge Bruce S. Jenkins <br><br><br> **JURY TRIAL DEMANDED** |

The Court, having reviewed the Stipulated Motion to Reset Hearing Date, and for good cause shown,

IT IS HEREBY ORDERED that the hearing scheduled for Friday, August 13, 2021, Dkt. 143, is vacated and reset to September 7, 2021, at 10:00 a.m., to coincide with the other hearing already scheduled that day in this case.

Dated this 5th day of August 2021.

BY THE COURT:

Hon. Bruce S. Jenkins
United States District Court Judge